# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160799 & (59)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                                          SC: 160799
                                                                           COA: 345351
                                                                           Saginaw CC: 17-043815-FC
EDGAR DEANGELO HOSKINS,
          Defendant-Appellant.

_____/

On order of the Court, the motion to file supplement is GRANTED. The application for leave to appeal the November 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020

Clerk

t0622